NOTE. — See Standen v. Bains, 2 N.C. 238; Tate v. Southard, 8 N.C. 45;Taylor v. Shuford, 11 N.C. 116; Mendenhall v. Cassells, 20 N.C. 49. But *Page 306 
the rule of admitting hearsay in questions of boundary must be confined to what deceased persons have said. Gervin v. Meredith, 4 N.C. 439. And the hearsay evidence must not be post litem motam. Dancy v. Sugg, 19 N.C. 515.
Cited: Hurley v. Morgan, 18 N.C. 430; Hartzog v. Hubbard, 19 N.C. 243;Whitehurst v. Pettipher, 87 N.C. 179; Smith v. Headrick, 93 N.C. 212;Shaffer v. Gaynor, 117 N.C. 20; Yow v. Hamilton, 136 N.C. 359.